Mark B. Hutton
Lead Counsel
KS Bar #10112
HUTTON & HUTTON LAW FIRM, L.L.C.
8100 East 22nd Street North
Building 1200
Wichita, KS 67226
Telephone: 316-688-1166
Fax: 316-686-10773
trial.lawyers@huttonlaw.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 06-6683 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Bryer |
| Annie Hall-Anderson, et al.,<br><br>           Plaintiffs,<br><br>vs.<br><br>Pfizer Inc., et al.<br><br>           Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Kathleen M. Oates and James R. Davis in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rules of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the Plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

//

//

1
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

| | |
|---|---|
| DATED: 2/25, 2010 | By: *(signature)* |
| | **HUTTON & HUTTON LAW FIRM, L.L.C.**<br>8100 East 22nd Street North<br>Building 1200<br>P.O. Box 638 (67201)<br>Wichita, KS 67226<br>Telephone: 316-688-1166<br>Fax: 316-686-1077<br>trial.lawyers@huttonlaw.com |
| | *Attorneys for Plaintiffs* |
| DATED: March 16, 2010 | By: *(signature)* |
| | **DLA PIPER LLP (US)**<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Telephone: 212-335-4500<br>Fax: 212-335-4501 |
| | *Defendants' Liaison Counsel* |

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: April 5, 2010          By: *(signature)*
                              Hon. Charles R. Breyer
                              United States District Court

2
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**